☐**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| Colorado U.S District Court, Denver<br>Court Address: Colorado U.S District Court<br>Alfred A. Arrraj U.S Courthouse 901 19th Street room A-105<br>Denver, Colorado 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>**JAN 20 2026**<br><br>**JEFFREY P. COLWELL**<br>CLERK |
| Plaintiff(s): David Meza<br>v.<br>Defendant(s): Boulder County District Courthouse | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): David Meza D.O.C# 161727 S.C.F LU-3 Sterling, Colorado 80751.<br>David Meza a state prisoner without attorney filing as pro-se, Indigent.                    Account: <u>$0.00</u><br>Phone Number:                E-mail: | Case Number: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,<br>COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT<br>AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☒ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: _1-14-2026_

_____
Signature of Party

Date: _____

_____
**Signature of Attorney for Party (if any)**_____

## NOTICE

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

### Notice of Counterclaim to Present New Evidence

1) I David Meza am filing this Motion of Notice to Present New Counterclaim to under rule 106 Forms of Rules Abolished (4) where, in any civil matter, any governmental body or officer or any lower judicial body exercising judicial functions has exceeded its jurisdiction or abused its discretion and there is no plain, speedy and adequate remedy otherwise provided by law: Limited Review, Subsection Review, Motion of Complaint Review.

2) Under " Colorado Forensic Science Integrity Act" 2025 Bill Text C.O.H.B 1275, 16-12-305 (4)(A) Within 91 days of the report of wrongful conviction the crime laboratory director shall notify the investigation to each District Attorney with jurisdiction of the case determining wrongful conviction, Identified in the initial investigation notice.

3) 16-12-308 Right to Counsel (1) David Meza has the right to counsel to investigate, file, and litigate a post-conviction claim arising from wrongful action and appeals arising from the claim. The right to counsel for assistance with post-conviction claims pursuant to this part 3, including the right for an indigent person to have assistance of court-appointed counsel.

4) 16-12-309 (7) (C) After Making a request pursuant to section 18-1-417 upon a showing of a good faith belief that material exist within the scope of a claim of ineffective assistance of counsel that has not been produced, the prosecution may file a motion with the court seeking in camera review of material subject to a good faith dispute.

5) 16-12-309 (8) (B) Designate a witness as an expert and designate the area in which the party will seek to qualify the expert. Subject to constitutional limitations, the court shall order the parties to provide a report from the designated expert or summary of the expert's testimony that allows the opposing party to prepare to respond to the expert's testimony.

6) David Meza is asking the Colorado U.S District Court to initiate an investigation on his original jurisdictional case out of the Boulder District Courthouse of Colorado Case numbers: 17CR2543 and 18CR1370, David Meza was given a plea agreement to not receive any jail time or prison time but would be deferred to Community Corrections, Work Release or Probation.

7) The Boulder District Courthouse of Colorado set a sentencing court date in which David Meza was then deprived of his right to counsel when the judge was not the plea agreement judge and the public defender was not the plea agreement public defender and the district attorney was different as well and all acted as if no plea agreement was ever made when in fact there was.

8) The judge denied David Meza to withdraw his plea agreement and denied David Meza to continue in trial and forced an illegal sentence on David Meza of 16 years the maximum penalty to the Colorado Department of Corrections David Meza did not plead guilty and did not sign at sentencing. David Meza was sentenced in 2018 to 16 years.

9) David Meza filed a JDF 4 Motion for Record Request in 2024 to the Boulder County District Courthouse in which the court made David Meza wait two months than the court audio/video records of the plea agreement hearing and sentencing date were destroyed in a fire that occurred in the Boulder County Courthouse.

10) Colorado Rules of Evidence define that the records requested need to be presented before the court for an overview of evidence and if the original jurisdictional court cannot provide those records the court must prove what was on the court record requested. Since it is court records the court is much obligated to provide such record since it is under their job title and description of duties. David Meza could have in fact proven his argument and its validity.

11) David Meza has exceeded his motions to the District County Court of Boulder, Colorado District Court, also Colorado Court of appeals and Colorado Supreme Court.

I David Meza have filed this motion on 1-14-2026 and has been submitted thru the U.S Mail.

**COLORADO DEPT OF CORRECTIONS**
Name: *David Meza*
Register Number: *161727* Unit: *3A*
PO BOX *6000*
City, State, Zip
*Sterling, Colorado*
*80751*

DENVER CO 802

16 JAN 2026 PM 8 L

Colorado U.S District Court
Alfred A. Arraj U.S Courthouse
901 19th street room A-105
Denver, Colorado
80294

**LEGAL MAIL**

80294-250151

LEGAL MAIL

Restricted Inspection Mail Stamp

| FACILITY | DOC# |
| --- | --- |
| SCF | |
| DATE REC'D | OFFENDER LAST NAME | INT |
| *1/19/26* | *Meza* 161727 | *Dm* |
| DOC EMPLOYEE LAST NAME | ID# | INT |
| *Mahis* | *24888* | *NM* |